UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE L. BROWN,

        Plaintiff,

   v.

R. GODWIN,

        Defendant.

No. 2:15-cv-1300 WBS AC P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion to proceed in forma pauperis (ECF No. 6) is denied without prejudice;

    2. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

/////

1

3. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: July 27, 2015.

                                                                  /S/

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE